UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

_____
John Diaz
    **Plaintiff**

    v.

                          **Civil Action No. 1:20-cv-12159-FDS**

Steven Kenneway et al
    **Defendant**
_____

**ORDER OF DISMISSAL**

**Saylor, C. J.**

In accordance with the Court's MEMORANDUM AND ORDER dated October 23, 2025 (Dkt. No. 117), it is hereby ORDERED that the above-entitled action be and hereby is DISMISSED.

                                              By the Court,

10/23/2025                                     /s/ Melonie Cooke
Date                                           Deputy Clerk